# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2021

Bridget M. McCormack,
Chief Justice

162466

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

STEVEN DEAN STAMPER,
          Defendant-Appellant.

SC: 162466
COA: 354547
Washtenaw CC: 87-021574-FC

_____/

On order of the Court, by stipulation of the parties to withdraw the application for leave to appeal, the application is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021



Clerk